1. MALINKA MOYE
   40. 42. PARSON STREET
2. SAN FRANCISCO CALIFORNIA 94118
   1415-608-1518
3. IN PER PRO
4.
5.
6.
7.
8.            UNITED STATES DISTRICT COURT
9.            NORTHERN DISTRICT OF CALIFORNIA
10.
11. MALINKA MOYE.  )  CASE NO. **PJH**
12.       Plaintiff,  )
13. vs.  )  CV **08  2056**
14. RATANA JIRAITTEWANNA  )  COMPLAINT
      Defendant,  )
15.  )
16.  )  DATE:
  )  TIME:
17..  )  COURTROOM:
  )
18. _____ )
19.
20.     Plaintiff MALINKA MOYE alleges:
21.     1. Plaintiff is & was at all times mentioned herein a citizen of the State of California.
22.     2. JURISDICTIONAL ALLEGATION, RACKETERING INFLUENCED CORRUPT ORGANIZATION.
23. PERJURY. RATANA JIRAITTEWANNA isn't a corporation incorporated under the laws of the State of California
24. having its principal place of business in the State of California.
26. RATANA JIRAITTEWANNA isn't a corporation incorporated under the laws of the State of California having its principal place
27. of business in the State of California.
28.

1.                    UNITED STATES DISTRICT COURT

2.                    NORTHERN DISTRICT OF CALIFRONIA

3.

4.        The jurisdiction of this Court over the subject matter of this action is predicated on 28 USC 1332.

5. The amount in controversy exceeds $75,000.00, exclusive of interest & costs.

6.        3. All defendants reside in this district.

7.        4.    RICO ACT.  PERJURY

8.

9.        5. WHEREFORE, Plaintiff prays for judgement against defendants. NATE THUROND dba BIG NATE'S

10. BARBEQUE as follows:   Damages in the sum of $ 1,200,000.00

11.

12.

13.

14.

15.

16.

17.

18. DATED: April 18, 2008        _____
                                              MALINKA MOYE.
19.

20.

21.

22.

23.

24.

25.

26.

27.

28.                                                                 2.

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

**PJH    ADR**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
[handwritten] W. Nobel

**DEFENDANTS**
[handwritten] Stan Newmann

RECEIVED 2008 APR 17 P 4:42
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

(b) County of Residence of First Listed Plaintiff: [handwritten] SF
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
[handwritten] 4042 Folsom SF CA 94105

Attorneys (If Known): NONE

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury— Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury — Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | PERSONAL PROPERTY | 650 Airline Regs. | 830 Patent | [X] 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | 810 Selective Service |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment | Habeas Corpus: | 791 Empl. Ret. Inc. Security Act | | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General | | FEDERAL TAX SUITS | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 540 Mandamus & Other | IMMIGRATION | 871 IRS—Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | 550 Civil Rights | 462 Naturalization Application | | |
| | 440 Other Civil Rights | 555 Prison Condition | 463 Habeas Corpus – Alien Detainee | | 950 Constitutionality of State Statutes |
| | | | 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
[handwritten] RICO Act
Brief description of cause: [handwritten] Perjury

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ [handwritten] 1,200,000.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".
[handwritten] CGC-445446 / CGC-06-447164 / FML-01-043718

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
- [X] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE

DATE: [handwritten] 4/17/08
SIGNATURE OF ATTORNEY OF RECORD: [handwritten] W. Nobel

[margin handwritten] 08-02056 PJH