RECEIVED
2008 APR 17 P 4: 12
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

Clear Form

FILED
APR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 2056 PJH

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Al-Hakim, Plaintiff,

vs.

Petana Strait-Newman, Defendant.

CASE NO. _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Al-Hakim, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ✗   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Laque-Minimum    Net: 750,000.00

Employer: Freelance Athlete
Political Fundraiser Lobbyist

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2   _Christopher Pete W/04 6_
3   _____
4   5.   Do you own or are you buying a home?    Yes _X_  No ___
5   Estimated Market Value: $ _N/A_    Amount of Mortgage: $ _N/A_
6   6.   Do you own an automobile?    Yes ___  No _X_
7   Make _Chevy_    Year _1984_    Model _Vette_
8   Is it financed? Yes ___    No _X_    If so, Total due: $ _____
9   Monthly Payment: $ _N/A_
10  7.   Do you have a bank account?  Yes ___  No ___ (Do not include account numbers.)
11  Name(s) and address(es) of bank: _Washington Mutual_
12  _____
13  Present balance(s): $ _0.00_
14  Do you own any cash?  Yes ___  No _X_  Amount: $ _____
15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16  market value.)                                    Yes ___  No _X_
17  _____
18  8.   What are your monthly expenses?
19  Rent: $ _0_    Utilities: _0_
20  Food: $ _300.00_    Clothing: _0_
21  Charge Accounts:
22  **Name of Account**          **Monthly Payment**          **Total Owed on This Account**
23  _N/A_                        $ _____                      $ _____
24                               $ _____                      $ _____
25                               $ _____                      $ _____
26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27  they are payable. Do not include account numbers.)
28  _____

- 3 -

1    U.S. Dept of ed

2   10.   Does the complaint which you are seeking to file raise claims that have been presented in
3   other lawsuits? Yes ✗ No ___
4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5   which they were filed.
6   448620   434297   447164   450461
7   445998   433676   445235   450503
8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9   false statement herein may result in the dismissal of my claims.

10   4/17/08
11
12   DATE            SIGNATURE OF APPLICANT