1. MALINKA MOYE
   40. 42 PARSONS STREET
2. SAN FRANCISCO CALIFORNIA 94118
   1415-608-1518
3. IN PER PRO.

RECEIVED
2008 APR 17 P 4: 12
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

FILED
08 APR 21 PM 1: 32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA

E-filing

4.
5.
6.                          UNITED STATES DISTRICT COURT
7.                          NORTHERN DISTRICT OF CALIFORNIA
8.
9.
10.                                                  CASE NO. 2056

11. MALINKA MOYE.                        )    NOTICE OF MOTION AND ADMIN-
                Plaintiff,               )    ISTRATIVE MOTION TO CONSIDER
12.                                      )    WHETHER CASES SHOULD BE REL-
                                         )    LATED PURSUANT TO CIVIL L.R.
13.     vs.                              )    7-11. JUDGMENT. ATTORNEY
                                         )    GENERAL TO FILE CHARGES
14. RATANA JIRAITTEWANNA       .         )    MEMORANDUM OF POINTS &    .
                Defendant,               )    AUTHORITIES. DECLARATION.
15.                                      )
                                         )    DATE:
16. _____ )    TIME:
                                              COURTROOM:

17.        TO DEFENDANT AND ITS ATTORNEYS OF RECORD: RATANA JIRAITTEWANNA

18.             NOTICE IS HEREBY GIVEN that on          , AT 9:00am, or as soon as thereafter as counsel

19. may be heard by the above entitled Court, located at 450 Golden Gate in the court room of Judge _____, plaintiff

20. will and hereby does move the court for judgement. Attorney General to file criminal charges against defendant.

21.    This motion is brought on the following grounds. RICO ACT. RACKETEERING INFLUENCED & CORRUPT ORG.

22. Defendant lied to plaintiff. Defendant set plaintiff up for police. Previous tennant, MESHA ANNEK JOHNSON &

23. robbed plaintff's appartmetn. Defedant lied to police. Stated that Plaintiff never resided at 1703 17th Ave. Defendant left

24. note in her owndhandwriting "42 Parsons" dated 1-23-07. Day of UFTA ACT OF 1996. CGC-05-445998. CGC-06-447164

25. CGC-06-448620  motion is based on Notice of motion & administrative motion to consider related cases pursuant to L.R. 7-11

27. Memorandum of Points & Authoroties, declaration of Malinka Moye, pleadings

28. papers on file herein, & upon such other matters as may be presented to court at time of hearing

                                                                                            1.

1. UNITED STATES DISTRICT COURT
2. NORTHERN DISTRICT OF CALIFORNIA
3.
4.
5. MEMMORANDUM OF POINTS AND AUTHORITIES
6.
7.
8.
9. RACKETEERING INFLUENCED & CORRUPPT ORGANIZATION
10. PERJURY
11.
12.
13.
14. DECLARATION
15. I Malinka Moye plaintiff in the above-entitled actions. Declare that the foregoing is true and correct to the best of
16. my knowledge under the law of the State of California.
17.
18.
19.
20.
21.
22.
23. DATED: APRIL 17, 2008                                        _____
24.                                                                             MALINKA MOYE.
25.
26.
27.
28.                                                                                                               2.