AO 440 (Rev. 04/08) Civil Summons

E-filing

# UNITED STATES DISTRICT COURT

for the

Walinka Moyd
Plaintiff

Rotanna Kiraitheewanna
Defendant

) Civil Action No. CV 08 2056

PJH

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Rotanna Kiraitheewanna
1701 17th Avenue
S.F. CA 94122

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

W. Moyd
333 Portola Dr Ste #B
S.F. CA, 94127
attention: Frank D. Alfonsi

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: ____________________

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

E-filing

M. Mofel.

v.

Ratana Sirai Hewanna

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08 2056

PJH

TO: (Name and address of defendant)

Ratana Siraitewanna
1701 17th Avenue
S.F. CA, 94122

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. Mofel.
333 Portola Dr Ste#B
S.F. CA, 94127

an answer to the complaint which is herewith served upon you, within days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE______________________

______________________
(BY) DEPUTY CLERK

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Malinda Moyd
Plaintiff

v.

Ratana Jiraittewanu
Defendant

) CV 08 2056
) Civil Action No.

PJH

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Ratana Jiraittewanu
1701 17th Ave
S.F. CA, 94127

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

M. Moyd
333 Portola Dr Ste#B
S.F. CA, 94127 Attention: Frank O. Alfonsi

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: ____________________

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*