

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
MAY 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

08-2056 pjh

NIXIE           941      4C 1        30   05/07/08
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 94102365199        *0540-02847-05-43*

U.S. POSTAGE $00.58° PITNEY BOWES
MAILED FROM ZIPCODE 94102
MAY 05 2008

Malinka Moye
4042 Parson Street
San Francisco, CA 94118


CV08-02056 PJH