UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALINKA MOYE,

    Plaintiff,

v.

RATANA JIRAITTEWANNA,

    Defendant.
_____/

No. C 08-2056 PJH

**ORDER OF DISMISSAL**

    Plaintiff Malinka Moye filed this action on April 21, 2008, and also requested leave to proceed in forma pauperis. On May 2, 2008, the court dismissed the complaint pursuant to 28 U.S.C. § 1915(e) for failure to state a claim. The dismissal was with leave to amend. The amended complaint was due no later than May 23, 2008.

    As of June 17, 2008, plaintiff had filed no amended complaint. Accordingly, the court finds that the action must be DISMISSED.

**IT IS SO ORDERED**.

Dated: June 18, 2008

                                           PHYLLIS J. HAMILTON
                                         United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MALINKA MOYE,

        Plaintiff,

  v.

RATANA JIRAITTEWANNA,

        Defendant.
                                   /

Case Number: CV08-02056 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malinka Moye
40. 42. Parson Street
San Francisco, CA 94118

Dated: June 19, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk