United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALINKA MOYE,

    Plaintiff,

    v.

RATANA JIRAITTEWANNA,

    Defendant.

_____/

No. C 08-2056 PJH

**JUDGMENT**

The court having dismissed the complaint in the above-entitled action pursuant to 28 U.S.C. § 1915(e), and plaintiff having failed to amend the complaint,

It is Ordered and Adjudged

that plaintiff Malinka Moye take nothing, and that the action be dismissed.

Dated: June 18, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINKA MOYE,<br><br>        Plaintiff,<br><br>  v.<br><br>RATANA JIRAITTEWANNA,<br><br>        Defendant.<br>_____ / | Case Number: CV08-02056 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malinka Moye
40. 42. Parson Street
San Francisco, CA 94118

Dated: June 19, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk