OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

9411 6341 16 0008

NOT AT THIS ADDRESS

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED JUL 10 2008
08-2056
#10, 11

RECEIVED JUL 10 PM 1:09

UNITED STATES POSTAGE
$00.42⁰
MAILED FROM ZIPCODE 94102
JUN 19 2008

Dear Court:

This man is under court order to cease/desist using this address. Do NOT send anything else to him using this address. He does not, will not / has NEVER lived here.

Thank you. Anne

Malinka Moye
4042 Parson Street
San Francisco, CA 94118


CV08-02056 PJH